IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| GEOFFREY and JUNE BRADLEY, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | CIVIL ACTION FILE NO. 5:14 – CV – 00361 MTT |
| ESIS, INC., and ACE USA, INC., | ) ) ) | |
| Defendants. | ) | |

## STIPULATION TO CORRECT NAME OF DEFENDANT

COME NOW Plaintiffs and Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, improperly identified as ACE USA, INC. and hereby stipulate and agree to correct the name of ACE USA, INC. to be Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America. The corrected style of this case shall be:

| | | |
|---|---|---|
| Geoffrey and June Bradley, | ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO. 5:14-CV-00361 MTT |
| Century Indemnity Company, as Successor to CCI Ins. Co., as successor to Insurance Company of North America, | ) ) ) ) | |

Defendant.                              )

Signed this 18th day of February, 2015.

                VERNIS & BOWLING OF ATLANTA, LLC

                */s/ Alisa W. Ellenburg*
                Alisa W. Ellenburg, Esq.
                Georgia State Bar No. 702420
                Attorney for Defendant Century Indemnity Company, as successor to CCI Ins. Co., as successor to Ins. Co. of North America, improperly identified as ACE USA, INC.

7100 Peachtree Dunwoody Road
Suite 300
Atlanta, GA 30328
404-846-2001
404-846-2002 (facsimile)
aellenburg@georgia-law.com

                THE DOZIER LAW FIRM, LLC

                */s/ David T. Dorer (with express permission)*
                David T. Dorer *(with express permission)*
                Georgia State Bar No. 934408
                Attorney for Plaintiffs

327 Third Street
P.O. Box 13
Macon, GA 31202-0013
478-742-8441
dorer@dozierlaw.com

IN THE UNITED STATES FEDERAL COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GEOFFREY and JUNE BRADLEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ESIS, INC. and ACE USA, INC., )<br>)<br>Defendant, )<br>) | Civil Action No:<br>5:14-cv-00361-MTT |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court of the United State Federal Court of the Middle District of Georgia – Macon Division:

**1. Stipulation to Correct Name of Defendant.**

I certified that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

David Thomas Dorer, Esq.
Dozer Law Firm, LLC
327 Third Street,, P.O. Box 13
Macon, GA 31202

**SIGNATURE APPEARS ON THE FOLLOWING PAGE**

This the 19th day of February, 2015.

                              Vernis & Bowling of Atlanta, LLC

                              */s/ Alisa Ellenburg*

                              Alisa Ellenburg, Esq.
                              Georgia Bar No.: 702420
                              Attorney for Defendant Century Indemnity Company, as successor to CCI Ins. Co., as successor to Ins. Co. of North America, improperly identified as ACE USA, INC.

7100 Peachtree Dunwoody Road
Suite 300
Atlanta, Georgia  30328
(404) 846-2001
(404) 846-2002 (Fax)