# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| GEOFFREY and JUNE BRADLEY, ) ) ) Plaintiffs, ) ) v. ) ) ESIS, INC., and ACE USA, INC., ) ) Defendants. ) | CIVIL ACTION FILE NO. 5:14 – CV – 00361 MTT |

## STIPULATION OF DISMISSAL

COME NOW Plaintiffs and Defendant Century Indemnity Company, as successor to CCI Insurance Company, as successor to Insurance Company of North America, improperly identified as ACE USA, INC. and hereby stipulate to the dismissal of Defendant ESIS, Inc. pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Signed this 18th day of February, 2015.

VERNIS & BOWLING OF ATLANTA, LLC

/s/ Alisa W. Ellenburg
Alisa W. Ellenburg, Esq.
Georgia State Bar No. 702420
Attorney for Defendant Century Indemnity Company, as successor to CCI Ins. Co., as successor to Ins. Co. of North America, improperly

identified as ACE USA, INC.

7100 Peachtree Dunwoody Road
Suite 300
Atlanta, GA 30328
404-846-2001
404-846-2002 (facsimile)
aellenburg@georgia-law.com

THE DOZIER LAW FIRM, LLC

*David T. Dorer (with permission)*

David T. Dorer *(with express permission)*
Georgia State Bar No. 934408
Attorney for Plaintiffs

327 Third Street
P.O. Box 13
Macon, GA 31202-0013
478-742-8441
dorer@dozierlaw.com

IN THE UNITED STATES FEDERAL COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GEOFFREY and JUNE BRADLEY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ESIS, INC. and ACE USA, INC., ) <br> ) <br> Defendant, ) <br> _____ ) | Civil Action No: <br> 5:14-cv-00361-MTT |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court of the United State Federal Court of the Middle District of Georgia – Macon Division:

**1. Stipulation of Dismissal.**

I certified that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

David Thomas Dorer, Esq.
Dozer Law Firm, LLC
327 Third Street,, P.O. Box 13
Macon, GA 31202

**SIGNATURE APPEARS ON THE FOLLOWING PAGE**

This the 19th day of February, 2015.

                        Vernis & Bowling of Atlanta, LLC

                        Alisa Ellenburg, Esq.
                        Georgia Bar No.: 702420
                        Attorney for Defendant Century Indemnity Company, as successor to CCI Ins. Co., as successor to Ins. Co. of North America, improperly identified as ACE USA, INC.

7100 Peachtree Dunwoody Road
Suite 300
Atlanta, Georgia  30328
(404) 846-2001
(404) 846-2002 (Fax)