**IN THE UNITED STATES FEDERAL COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | : | |
|---|---|---|
| **GEOFFRY AND JUNE BRADLEY** | : | |
| Plaintiffs | : | |
| VS. | : | **CIVIL ACTION NO.** 5:14-cv-00361-MTT |
| **CENTURY INDEMNITY COMPANY** | : | |
| Defendants | : | |

**STIPULATION OF DISMISSAL**

COME NOW, the Parties in the above-captioned case, by and through their respective undersigned counsel, and file this, their stipulation of dismissal, stating that this case has been resolved pursuant to the agreement of the parties and therefore the case is to be DISMISSED WITH PREJUDICE.

Respectfully submitted this 13 day of April 2016.

/s/ David T. Dorer
David T. Dorer
Attorney for the Plaintiffs
State Bar No: 934408

/s/ Alisa Ellenburg
Alisa Ellenburg
Attorney for the Defendant
State Bar No: 702420

DOZIER LAW FIRM, LLC
327 Third Street
P.O. Box 13
Macon, GA 31202-0013
478-742-8441
dorer@dozierlaw.com